**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**    www.flsb.uscourts.gov
☑ **FOURTH** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Linda D. Bell**          JOINT DEBTOR: n/a          CASE NO.: **17-11472-JKO**
Last Four Digits of SS #: 1016    Last Four Digits of SS#:  n/a    Case Filed: **02/06/2017**

- o  This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $1,416.64 for months 1 to 12;
B. $1,465.18 for months 13 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee: **$4,950.00**** TOTAL PAID: **$925.00** Balance Due: **$4,025.00**
          Payable **$335.42/**month (Months 1 to 12)
****$3,500 Regular Legal Fee + $150.00 Ch. 13 Adm. Fee + $525.00 Motion to Value Personal Property + $775.00 Motion to Value Real Property**

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

| | |
|---|---|
| Seterus, Inc.<br>POB 1047<br>Hartford, CT 06143<br>*156 Wimbledon Lakes Dr., Plantation, FL 33324*<br>**POC # 8** (Acct. #: 3724) | Arrearage upon date of petition: $9,649.26<br>Arrearage Payment $56.19/month (Month 1 to 12)<br>Arrearage Payment $186.98/month (Month 13 to 60)<br>Regular Payment $528.35/month (Months 1 to 60) |
| Wimbledon at Jacaranda Condominium No. 1, Inc.<br>2137 N. Commerce Pkwy.<br>Weston, FL 33326<br>**POC # 1** (Acct. #: 0011) | Arrearage upon date of petition: $6,769.98<br>Arrearage Payment $39.42/month (Month 1 to 12)<br>Arrearage Payment $131.19/month (Month 13 to 60)<br>Regular Payment $280.00/month (Months 1 to 60) |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor/ Collateral | Value | Interest | Payments | Total Payments |
|---|---|---|---|---|
| JP Morgan Chase Bank, N.A., National Bankruptcy Dept. POB 901032 Ft. Worth, TX 76101-2032 Acct. #: <u>1701</u>, **POC # 2** *2012 Hyundai Elantra VIN: 5NPDH4AE0CH142089* | Secured Claim: $0 *Collateral: $7,265.00* | 5.5% | $48.48 Mos. 1 to 12 $161.34 Mos. 13 to 60 | $8,326.20 |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]: N/A

<u>Unsecured Creditors:</u> Pay $<u>44.12</u>/month (Months <u>13</u> to <u>60</u>).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

RE: 156 Wimbledon Lakes Dr., Plantation, FL 33324
The Debtor retains her interest in this property.

RE: 2012 Hyundai Elantra
The Debtor retains her interest in this property. The Debtor will file a motion to value personal property (Chase).

RE: Notice of Postpetition Mortgage Fees, Expenses, and Charges dated 6/27/2017
Debtor shall pay this attorney's fee directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/sig/ _____
Linda D. Bell, Debtor                                                                            Date:  <u>June 29, 2017</u>